Gregory Saylin (9648)
Nicole M. Deforge (7581)
Audrey S. Olson (16314)
FABIAN VANCOTT
215 S. State Street, Suite 1200
Salt Lake City, Utah 84111
Phone: 801.531.8900f
Facsimile: 801.596.2814
gsaylin@fabianvancott.com
ndeforge@fabianvancott.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| LYNN ALLEN JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USANA HEALTH SCIENCES, INC., a Utah corporation; USANA, INC., a Utah corporation; USANA ACQUISITION CORP., a Utah corporation; USANA SENSE COMPANY, INC., a Utah corporation<br><br>Defendant. | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:17-cv-652-PMW<br><br>Magistrate Judge: Paul M. Warner |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants USANA Health Sciences, Inc., a Utah corporation; USANA, Inc., a Utah corporation; USANA Acquisition Corp., a Utah corporation; and USANA Sense Company, Inc., a Utah corporation, make the following disclosures:

USANA Health Sciences, Inc. (formerly known as USANA, Inc.) does not have a parent corporation and there are no publicly held corporations owning 10% or more of its stock.

USANA Inc. (currently known as USANA Health Sciences, Inc.) does not have a parent corporation and there are no publicly held corporations owning 10% or more of its stock.

USANA Acquisition Corp.'s parent corporation is USANA Health Sciences, Inc. USANA Health Sciences, Inc. is a publicly held corporation and owns 10% or more of USANA Acquisition Corp.'s stock.

USANA Sense Company, Inc.'s parent corporation is USANA Acquisition Corp. There are no publicly held corporations owning 10% or more of its stock.

DATED this 10th day of October 2017.

                  FABIAN VANCOTT

                  /s/ *Gregory M. Saylin*
                  Gregory M. Saylin
                  Nicole M. Deforge
                  Audrey S. Olson
                  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October 2017, I caused a true and correct copy of the foregoing document to be electronically filed in this case, which electronically served the following individual(s):

                  /s/ *Audrey S. Olson*